IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SPEECH FIRST, INC._Plaintiff_, <br><br>v.<br><br>KAYSE SHRUM, in her individual capacity and official capacity as President of Oklahoma State University, *et al.*,<br><br>_Defendants_. | Case No. CIV-23-29-J |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Speech First, Inc., and all Defendants respectfully stipulate to the following:

1. Plaintiff filed suit against Defendants on January 10, 2023.

2. Plaintiff and Defendants stipulate that all claims asserted against the following defendants are dismissed without prejudice:

    a. ALEIGHA MARIOTT, in her individual capacity and official capacity as Director of Student Support and Conduct for Oklahoma State University;

    b. DOUG HALLENBECK, in his individual capacity and official capacity as Vice President of Student Affairs for Oklahoma State University;

    c. RAJ MURTHY, in his individual capacity and official capacity as Chief Information Officer for Oklahoma State University;

    d. JACKSON LANDRUM, in his individual capacity and official capacity as Director of Equal Opportunity for Oklahoma State University; and

    e. BILLY G. TAYLOR, RICK DAVIS, JIMMY HARREL, JOE HALL, CARY BAETZ, BLAYNE ARTHUR, RICK WALKER, JASON RAMSEY, JAROLD CALLAHAN, and TRUDY MILNER, all in their individual capacities and official capacities as members of the OSU/A&M Board of Regents.

3. Plaintiff and Defendants further stipulate that any injunctive or declaratory relief or attorney's fees awarded in this action to Plaintiff against Defendant Kayse Shrum will apply to and be binding on Oklahoma State University.

| | |
|---|---|
| Date: January 18, 2023 | Respectfully submitted, |
| *s/ Cameron T. Norris* | *s/ Steve Stephens* |
| J. Michael Connolly (*pro hac vice* forthcoming) | Steve Stephens |
| Cameron T. Norris | General Counsel |
| James F. Hasson (*pro hac vice* forthcoming) | Office of Legal Counsel |
| Thomas S. Vaseliou (*pro hac vice* forthcoming) | OSU/A&M Board of Regents |
| CONSOVOY MCCARTHY PLLC | 5th Floor – Student Union |
| 1600 Wilson Blvd., Suite 700 | Stillwater, Oklahoma 74078 |
| Arlington, VA 22209 | 405-744-6494 |
| (703) 243-9423 | steve.stephens@okstate.com |
| mike@consovoymccarthy.com | |
| cam@consovoymccarthy.com | *Counsel for Defendants* |
| james@consovoymccarthy.com | |
| tvaseliou@consovoymccarthy.com | |

Ryan Haynie, OBA No. 32796
1401 N. Lincoln Blvd.
Oklahoma City, OK 73104
(405) 590-6070
ryan@ocpathink.org

*Counsel for Plaintiff*